UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN H. WALTON,

       Plaintiff,                            Case No. 2:02-CV-117

v.                                          Hon. Gordon J. Quist

BARBARA BOUCHARD, et al.,

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on August 17, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 16, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 90) is **GRANTED**, and Plaintiff's claims are dismissed with prejudice.

This case is **concluded**.


Dated: September 15, 2010                                /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE